**Melvin Leroy TYLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53204.**

Missouri Court of Appeals,
Western District.

April 1, 1997.

Jeannie Arterburn Willibey, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Melvin Leroy Tyler appeals the circuit court's denial of his Rule 27.26 motion for post-conviction relief. We affirm. Rule 84.16(b).